# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00504-CV

**Brooks Special Company and Jerry Barth, Appellants**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GV-09-002020, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to abate this appeal pending settlement negotiations. The motion is granted and the appeal is abated until April 19, 2013. The parties shall submit either a motion to reinstate or a joint status report concerning the status of settlement negotiations no later than April 19, 2013. Upon reinstatement, the appellee's brief will be due no later than the thirtieth (30th) day following reinstatement.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed: December 18, 2012